An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FERDINANDO ROBINSON,
Appellant,
vs.
TRACY ROBINSON,
Respondent.

No. 63681

**FILED**

OCT 2 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from a district court order denying a post-divorce decree motion for contempt. Eighth Judicial District Court, Family Court Division, Clark County; William B. Gonzalez, Judge.

In the divorce decree, respondent was awarded sole custody of the parties' minor children. Appellant, who is incarcerated, then filed a motion for visitation. In December 2012, the district court entered an order directing that the children shall have telephonic and written communication with appellant at the children's discretion. In April 2013, appellant filed a motion for an order to show cause why respondent should not be held in contempt for violating the visitation order. Appellant contended that his attempts at visitation had been blocked. On June 6, 2013, the district court denied the motion, and reaffirmed that the visitation previously ordered was entirely within the children's discretion. Appellant now appeals from the June 6, 2013, order.

Our review of this appeal reveals a jurisdictional defect. This court only has appellate jurisdiction when an appeal is authorized by statute or court rule. *See* NRAP 3A(b); *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). An order denying a

13-31593

motion to hold a party in contempt for noncompliance with a court order is not appealable. *See Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 649, 5 P.3d 569, 571 (2000). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. William B. Gonzalez, District Judge, Family Court Division
       Ferdinando L. Robinson, Jr.
       Tracy Robinson
       Eighth District Court Clerk